FILED
JAN 31 2008

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR242-LAB |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |
| Juan Gerardo HERRERA-BARRIENTOS, (1) | |
| Defendant. | |

The United States Attorney charges:

On or about January 14, 2008, within the Southern District of California, defendants Juan Gerardo HERRERA-BARRIENTOS, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Bertha Farias-Hernandez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
1/29/08