# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )  CASE NUMBER **08CR242-LAB**
)
vs )  ABSTRACT OF ORDER
)
**Juan Gerardo Herrera-Barrientos** )  Booking No. **06941298**
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/16/08**
the Court entered the following order:

**✓** Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

**✓** Other. **Probation 5 years**

LARRY A. BURNS
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR.   Clerk
by
T. WASHAM
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY